**Robert D. BARNES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47709.**

Missouri Court of Appeals,
Western District.

April 12, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

## ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**Teresa Sue (Bradley) ANDERSON, Respondent,**

v.

**John Wellington BRADLEY, Appellant.**

**No. WD 48017.**

Missouri Court of Appeals,
Western District.

April 12, 1994.

William E. Simmons, Clinton, for appellant.

Sharon R. Lowenstein, Legal Aid, Kansas City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

## ORDER

PER CURIAM.

Appeal from denial of motion to modify decree of dissolution.

Affirmed. Rule 84.16(b).